■ JEFFREY A. SCHULZ, Appellant, v ERIE & NIAGARA INSURANCE ASSOCIATION, Respondent. [825 NYS2d 652]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered September 28, 2005. The order, among other things, denied plaintiff's motion to strike the answer.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.